Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __FLORIDA__

__TAMPA__ Division

Plaintiff(s): __GERRARD JONES__

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): __POPEYES LOUISIANA KITCHEN, INC, AND, FORTIS RISK SOLUTIONS.__

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __8:25cv1272 MSS-NHA__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: GERRARD JONES
Address: 1712 E. CAYUGA STREET
TAMPA, FLORIDA 33610
City / State / Zip Code
County: HILLSBOROUGH
Telephone Number: 813.323.1294
E-Mail Address: jonesgerrardtampa@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: POPEYES LOUISIANA KITCHEN, INC.
Job or Title (if known): RESTARAUNT SERVICES
Address: 2201 E. HILLSBOROUGH AVENUE
TAMPA, FLORIDA 33610
City / State / Zip Code
County: HILLSBOROUGH
Telephone Number: 813.239.1922
E-Mail Address (if known):
[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: MICHELLE (MANAGER)   P111
Job or Title (if known): MANAGER AT POPEYES
Address: 2201 E. HILLSBOROUGH AVE.
TAMPA, FL 33610
City / State / Zip Code
County: HILLSBOROUGH
Telephone Number: 813.239.1922
E-Mail Address (if known): UNKNOWN
[X] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  _____ _____ _____
  City                    State                   Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  _____ _____ _____
  City                    State                   Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

*(All Defendant No. 3 and No. 4 fields marked N/A)*

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*: **(SEE PAGES 5-A THRU 5-I)**

  ☐ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  **CIVIL RIGHTS 1983, 1871, 14th AMENDMENT, CIVIL RIGHTS 1964 TITLE VII**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE SECTION "B", JURISDICTION, PAGE 3.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

SEE 5-A THRU 5-E

B. What date and approximate time did the events giving rise to your claim(s) occur?

SEE 5-A THRU 5-E

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE 5-A -THRU 5-E

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE 5-A THRU 5-E

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE 5-G THRU 5-H

## SWORN/VERIFIED FACTS

1. ON 8-10-23, I WENT TO POPEYES RESTAURANT AT 10 AM. I WAS THE FIRST CUSTOMER. I ORDERED CHICKEN, FRIES, BISCUIT, AND A SOFT DRINK, AND SAT DOWN.

2. MY ORDER WAS READY, ABOUT 8 MINUTES LATER AND I RETURNED TO THE COUNTER TO GET IT. I GOT IT AND SAT DOWN IN THE WEST SECTION AND BEGAN TO EAT. NO PROBLEM.

3. I BROKE A PIECE OF CHICKEN, ABOUT 5 MINUTES AFTER BEGINNING MY MEAL, AND IT ENDED UP GETTING CAUGHT IN MY THROAT. I SIPPED SOME DRINK, AND BEGAN TO HIT MY CHEST WITH MY FIST, ATTEMPTING TO DISLODGE THE CHICKEN. TO NO AVAIL.

4. AN EMPLOYEE (BLACK MALE) WAS INTERVIEWING ANOTHER BLACK MALE, AND I NOTIFIED THE BLACK MAIL EMPLOYEE THAT I WAS CHOKING. HE TOLD ME HE WAS DOING AN INTERVIEW, BUT, WOULD NOTIFY THE MANAGER THAT I WAS CHOKING.

5. A MINUTE LATER, MANAGER "MICHELLE" (W/F) CAME OUT AND SAW ME CHOKING. SHE TOLD ME SHE DID NOT KNOW HOW TO DO THE "HEIMLICH MANEUVER", AND SHE WENT BACK BEHIND THE COUNTER. I ASSUMED SHE WAS CALLING 911.

6. I WAS BEGINNING TO HAVE A PANIC ATTACK, AND FELT AS IF I WAS ABOUT TO GO UNCONSCIOUS. IT WAS ABOUT 10:14 AM.

(5-A)

7. STILL UNABLE TO DISLODGE THE CHICKEN WITH BEATING ON MY CHEST AND SIPPING MY DRINK, I RETURNED TO THE COUNTER AND INDICATED TO A BLACK FEMALE EMPLOYEE THAT I WAS CHOKING, AND SHE SAID SHE WOULD GET MICHELLE.

8. MEANWHILE, OUT OF DESPERATION, I BEGAN TO RUN FULL SPEED TOWARDS THE SOUTH WALL AND, AT THE LAST MOMENT, TURN MY BACK AND CRASH INTO THE WALL, HOPING TO DISLODGE THE CHICKEN. MICHELLE CAME BACK OUT AND SAW ME RUNNING INTO THE WALL, AND REMARKED "THAT BLACK BOY IS AN IDIOT, RUNNING INTO THE WALL LIKE THAT". SHE THEN LEFT AGAIN.

9. FEELING LIKE I WAS ABOUT TO DIE, I CONTINUED SEVERAL TIMES, RUNNING TO THE WALL, TURNING MY BACK AT THE LAST SECOND, AND CRASHING MY BACK INTO THE WALL, DESPERATE TO DISLODGE THE CHICKEN, ALL TO NO AVAIL.

10. I KEPT DOING THAT, AND I CAN'T RECALL THE EXACT NUMBER OF TIMES, BUT AT LEAST 8 TO 12 TIMES I CRASHED INTO THE WALL, FALLING DOWN SEVERAL TIMES.

11. FINALLY, ON THE LAST CRASH, THE CHICKEN DISLODGED AND I LOOKED UP AND SAW MICHELLE. ABOUT 17 MINUTES HAD PASSED BY. I GOT UP, AND A COUPLE MINUTES LATER, I SAW TAMPA FIRE RESCUE PERSONNEL, AND SEVERAL WHITE POLICE OFFICERS FROM TAMPA POLICE DEPARTMENT. MICHELLE WAS TELLING A WHITE POLICE "THAT BLACK BOY IS AN IDIOT, HE WAS RUNNING HIMSELF INTO THE WALL."

(5-B)

12. I approached Tampa Fire Rescue, and began to fuss at them, complaining about "why" they took so long to arrive. The guy closest to me from Tampa Fire Rescue said "we got the call from here at 10:31am, and we got here in 2 1/2 minutes, at 10:33 1/2 am.

13. I then began to complain about "why" Michelle waited so long to call, when she knew I was choking since 10:14 am, 17 minutes beforehand.

14. Michelle then stated that since I was now no longer choking, she wanted me "trespassed off her property."

15. The white police officer, who she told I was "an idiot," told me that she (Michelle) had "trespassed" me, and, that I would be arrested if I didn't leave right then.

16. I was directed across to a bus stop, called my family, and subsequently went to Advent Hospital, at Bruce B. Downs and Fletcher Avenue, Tampa.

17. I got a catscan, MRI, x-ray, neck brace, wrist brace, medications for pain and anxiety. I was diagnosed with fractures, knot on head, back pain, chest pain, sprung wrist, and hip re-injury, vertigo and bodily pain in neck. I was given prescriptions and did follow-up with Gracepoint.

(5-C)

18. I WAS SENT TO 13 WEEKLY VISITS FOR PHYSICAL THERAPY AT CORA THERAPY, BRUCE B. DOWNS AT BEARSS AVENUE, TAMPA.

19. I SUPPLIED ALL AFORESAID RECORDS TO FORTIS RISK SOLUTIONS, WHO REPRESENTS POPEYES, AND CLAIM WAS DENIED. (THERE IS A "VIDEO" OF THIS ENTIRE INCIDENT, AND FORTIS AGREED TO PRESERVE IT).

20. MY INJURIES WERE CAUSED, FIRSTLY, BY POPEYES FAILURE TO TRAIN MANAGER MICHELLE IN THE "HEIMLICH MANEUVER" AS REQUIRED BY FLORIDA STATUTE 509.213.

21. MY INJURIES WERE CAUSED, SECONDLY, BY MICHELLE'S FAILURE TO PROMPTLY CALL 911. SHE DELAYED FOR 17 MINUTES, WHEN SHE FAILED TO CALL 911 FOR 17 MINUTES, NOT CALLING UNTIL 10:31 AM, WHEN MICHELLE KNEW THAT I WAS CHOKING, AS SHE SAW ME CHOKING AT 10:14 AM. COMMON LAW, AND GOOD SAMARITAN LAWS, AS WELL AS COMMON-SENSE AND REASONABILITY, WOULD EASILY PROMPT A REASONABLE PERSON TO IMMEDIATELY CALL 911, UPON SEEING A PATRON CHOKING. WHICH SHE FAILED TO DO FOR 17 MINUTES, DURING WHICH TIME I INJURED MYSELF CRASHING INTO THE WALL, FALLING DOWN, AND I ENDURED AND CONTINUE TO ENDURE SEVERE PAIN AND SUFFERING AS WELL AS MENTAL ANGUISH, ANXIETY AND STRESS.

22. I AM ALSO AFRAID TO GO INTO A POPEYES RESTAURANT OUT OF FEAR AND ANXIETY, AND POPEYES WAS MY FAVORITE PLACE TO EAT. MICHELLE, at all times relevant, WAS ACTING AS AN EMPLOYEE/AGENT OF POPEYES, STORE #22.

(5-D)

23. I was also, upon facts and belief, the victim of racial discrimination, as Michelle, a white female, referred to me as a "Black Boy" and an "Idiot", twice, highlighting my race/color, as an African American. She said so to me, and a white policeman.

24. The Civil Rights Act of 1964 prohibits discrimination based on race (see Title VII) and, provides a private right of action.

25. Also, the Civil Rights Act of 1871 allows private rights of action against private persons and businesses, who deprive Black persons of their 14th Amendment rights to equal protection of the laws.

26. I reaffirm and swear to paragraphs #1 thru 25, as if fully set forth herein, and state these 3 counts:

COUNT ONE

27.   Failure to Train Michelle in the "Heimlich Maneuver"

28. Florida Statute 509.213 mandates Florida restaurants to train employees in first aid, including the "Heimlich Maneuver", but she wasn't trained.

29. Michelle, at 10:14am, on 8-10-23, clearly said to me that she otherwise would have performed the "Heimlich Maneuver" on me, but she "didn't know how". She is a "Manager", with years of employ at Popeyes, and had not been trained to do the "Heimlich Maneuver".

(5-E)

30. HAD SHE BEEN SO TRAINED, THERE IS A LIKELIHOOD THE SHE WOULD HAVE SUCCESSFULLY PERFORMED IT, AND I WOULD NOT HAVE INJURED MYSELF RUNNING INTO THE WALL ALL THOSE TIMES, AND FALLING DOWN.

31.                     COUNT TWO,
              NEGLIGENCE: FAILURE TO
              "TIMELY" CALL 911

(A) DUTY OF CARE:
IN FLORIDA, RESTARAUNTS AND ITS EMPLOYEES OWE A REASONABLE DUTY OF CARE, AT MINIMUM, TO "TIMELY" CALL 911 WHEN THEY SEE A PATIENT CHOKING.

(B) BREACH OF DUTY:
MICHELLE, BREACHED SUCH DUTY, BY FAILING TO CALL 911 AT OR NEAR 10:14 AM, WHEN SHE FIRST KNEW I WAS CHOKING. AND, DID NOT CALL 911 UNTIL 17 MINUTES LATER, AT 10:31 AM, after I HAD INJURED MYSELF IN THE MANNERS DESCRIBED, TRYING TO DISLODGE THE CHICKEN.

(C) CAUSE IN FACT OF INJURY:
"BUT-FOR" MICHELLE'S FAILURE TO PROMPTLY CALL 911, I WOULD NOT HAVE SUSTAINED THE INJURIES. THUS, BY HER "INACTION" IN NOT PROMPTLY CALLING, SUCH INJURIES WOULD NOT HAVE OCCURRED.

(D): PROXIMATE CAUSE OF HARM:
MICHELLE, FROM THE START, AND SURELY FROM 10:17 AM, WHEN SHE SAW ME CRASHING MYSELF INTO THE WALL, COULD HAVE EASILY FORESEEN I WOULD BE INJURED, BUT STILL DID NOT CALL 911 THEN

(5-F)

32. COUNT THREE:
## RACIAL DISCRIMINATION.

33. MICHELLE'S VERBIAGE, CALLING ME A "BLACK BOY IDIOT", TO MY FACE, WHILE I WAS CRASHING INTO THE WALL, AND REPEATING THE LANGUAGE, TELLING A WHITE POLICE OFFICER THAT I WAS A "BLACK BOY IDIOT", IS, UPON FACT AND BELIEF, INDEPENDENT OF AND/OR COMBINED WITH HER FAILURE TO TIMELY CALL 911, IS PRIMA FACIE EVIDENCE THAT HER ACTIONS AND INACTIONS WERE BASED UPON, AND/OR MOTIVATED BY THE FACT OF ME BEING A BLACK PERSON, AND HER BEING WHITE.

34. FURTHERMORE, THE FACT OF MICHELLE TRYING TO GET THE SAME WHITE POLICE OFFICER, TO WHOM SHE CALLED ME A "BLACK BOY IDIOT" — TO ARREST ME, FOR "TRESPASS", MOMENTS AFTER I HAD INJURED MYSELF AND WAS SUFFERING PAIN AND MENTAL ANGUISH/ANXIETY, WOULD LEAD A REASONABLE PERSON TO CONCLUDE THAT SUCH DESCRIBED ACTIONS/INACTIONS WERE MOTIVATED BY HER HATRED/MALICE TOWARDS ME AS A BLACK PERSON. I WAS PUBLICLY HUMILIATED, BY BEING THREATENED WITH ARREST UNDER THESE CIRCUMSTANCES.

## DAMAGES

35. I SEEK NOMINAL DAMAGES IN MINIMUM AS FAIR.

36. I SEEK COMPENSATORY DAMAGES OF $250,000.00 (TWO-HUNDRED AND FIFTY-THOUSAND DOLLARS) FOR MY MEDICAL BILLS, PHYSICAL INJURIES, MENTAL ANGUISH, ANXIETY, PAIN AND SUFFERING AND MY PUBLIC HUMILIATION.

(5-G)

37. I SEEK PUNITIVE DAMAGES, OF 10 MILLION DOLLARS, (TEN-MILLION DOLLARS) TO PUNISH AND DETER MICHELLE AND POPEYES FROM EVER ENGAGING IN SUCH NEGLIGENT/RACIST CONDUCT EVER AGAIN.

38. REQUEST/DEMAND FOR JURY TRIAL.

39. I HEREBY REQUEST AND DEMAND A JURY TRIAL ON ALL ISSUES SO TRIABLE.

40. RIGHT TO AMEND "POST-DISCOVERY"
I RESERVE THE RIGHT TO "AMEND" THIS LAWSUIT, PRE AND/OR POST DISCOVERY, TO ADD FACTS AND PARTIES AS THE BECOME KNOWN.

41. "SPOLIATION OF EVIDENCE" CLAIM IS RESERVED.
DURING THE CLAIMS PROCESS, FORTIS RISK SOLUTIONS SENT ME EMAILS STATING THAT FORTIS AND POPEYES STORE #22, 2201 E. HILLSBOROUGH AVENUE, TAMPA, FLORIDA, 33610, DID HAVE THE ENTIRE VIDEO OF THE 8-10-23 INCIDENT, AND WOULD PRESERVE IT FOR USE AT TRIAL.

42. I RESERVE MY RIGHT TO ADD A "SPOLIATION" CLAIM, IF THE VIDEO IS ALTERED/LOST/TAMPERED WITH.

43. I SEEK A COURT ORDER, AT EARLIEST OPPORTUNITY, FOR THE PRESERVATION OF THE ENTIRE VIDEO.

GERRARD JONES

(5-H)

## FEDERAL OATH

I, GERRARD JONES, HEREBY DECLARE UNDER PENALTY OF PERJURY OATH, 28 U.S.C. 1746(2), THAT I HAVE READ THIS LAWSUIT AND ALL FACTS ARE TRUE AND CORRECT.

SIGNED, SWORN, DATED THIS 14th DAY OF MAY 2025.

*/s/ Gerrard Jones*
GERRARD JONES

## CERTIFICATE OF SERVICE

I CERTIFY THAT THIS LAWSUIT, AND THE APPLICATION TO PROCEED IN FORMA PAUPERIS, WAS SENT BY U.S. MAIL ON 5-14-25, TO:

✓ CLERK OF COURT
   M.D. TAMPA
   801 N. FLORIDA AVENUE
   TAMPA, FLORIDA 33602

NOTE: THE "REGISTERED AGENT" FOR POPEYES IS:

✓ RESTAURANT BRANDS INTERNATIONAL ("RBI")
   5707 BLUE LAGOON DRIVE
   MIAMI, FL 33126
   (JOSHUA KOBZA CEO).

(5-I)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-74-25

Signature of Plaintiff _____
Printed Name of Plaintiff GERRARD JONES

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
      City        State       Zip Code
Telephone Number _____
E-mail Address _____